Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Watchtower Firearms, LLC | |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Victory Arms, LLC | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 88-1830032 |

4. **Debtor's address**

**Principal place of business**

5 Windsor Ridge
Number        Street

Frisco               TX     75034
City                       State     ZIP Code

Dallas County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                       State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                       State     ZIP Code

5. **Debtor's website** (URL)    https://watchtowerfirearms.com/

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Watchtower Firearms, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3484____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                MM / DD / YYYY

        Case number, if known _____

| Debtor | Watchtower Firearms, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number         Street

_____

_____

City                                State        ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Watchtower Firearms, LLC
_____   Case number (if known) _____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/27/2025
MM / DD / YYYY

✖ /s/ Jason Colosky
Signature of authorized representative of debtor

Jason Colosky
Printed name

Title   CEO

---

**18. Signature of attorney**

✖ /s/ Joseph Acosta
Signature of attorney for debtor

Date   02/27/2025
MM / DD / YYYY

Joseph Acosta
Printed name

Condon Tobin
Firm name

8080 Park Lane Suite 700
Number   Street

Dallas
City

TX
State

75231
ZIP Code

214-763-3440
Contact phone

jacosta@condontobin.com
Email address

24006731
Bar number

TX
State

**Fill in this information to identify the case:**

Debtor name _____Watchtower Firearms, LLC_____

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DASAN USA/ALPHA FOXTROT 2400 Main Street NW Duluth, GA, 30097 | 678-591-6495 jack.you@dasan-usa.com | Suppliers or Vendors | | | | 686,592.00 |
| 2 | Department of Treasury Alcohol and Tobacco Tax & Trade Bureau 550 Main Street, Suite 8002 Cincinnati, OH, 45202-5215 | | Excise Taxes | | | | 409,902.83 |
| 3 | 2020 Exhibits, Inc. 10550 S. Sam Houston Pkwy W. Houston, TX, 77071 | 713-346-0041 denise.reyes@2020exhibits.com | Services | | | | 359,781.00 |
| 4 | ThinOps Services 9450 Pinecroft Ave. Suite 9545 The Woodlands, TX, 77387 | 281-702-1026 tom.moreno@thinops.com | Services | | | | 242,611.00 |
| 5 | MJD Solutions 502 Big Indian Loop Mooresville, NC, 28117 | (760) 458-5894 matthew@mjd.solutions | Suppliers or Vendors | | | | 198,400.00 |
| 6 | Royal Case Company 419 E. Lamar Street Sherman, TX, 75090 | (903) 868-0288 tthompson@royalcase.com | Suppliers or Vendors | | | | 100,143.44 |
| 7 | Check-Mate Manufacturing 370 Wyandanch Ave West Babylon, NY, 11704 | (631) 491-1777 brandon@checkmateindustries.com | Suppliers or Vendors | | | | 96,984.20 |
| 8 | United Protective Technologies PO Box 1149 Locust, NC, 28097 | (336) 247-5159 dmoulton@upt-usa.com | Services | | | | 73,042.10 |

Debtor    Watchtower Firearms, LLC
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Faxon Firearms 4348 Le Saint Court Fairfield, OH, 45014 | (513) 646-0661 Dustin.Wallace@faxonfirearms.com | Suppliers or Vendors | | | | 71,234.56 |
| 10 Angry Bear Arms P.O. Box 1182 Salem, MO, 65560 | Caleb Shepard (417) 340-4327 angrybeararms@gmail.com | Suppliers or Vendors | | | | 68,042.59 |
| 11 Pierson Ferdinand LLP 14800 Frye Road, 2nd Floor Fort Worth, TX, 76155 | | Services | | | | 60,928.00 |
| 12 FisherBroyles, LLP P.O. Box 735232 Dallas, TX, 75373 | | Services | | | | 59,930.00 |
| 13 Cutting Tools 5050 Ashley Ct. Houston, TX, 77041 | (713) 466-0088 info@cuttingtools.com | Suppliers or Vendors | | | | 56,103.10 |
| 14 Safety Kleen Systems Inc PO BOX 975201 Dallas, TX, 75397 | (281) 208-6500 | Services | | | | 54,522.78 |
| 15 Vaportech PO Box 932614 Atlanta, GA, 31193 | | Services | | | | 48,004.89 |
| 16 National Shooting Sports Foundation PO BOX 4110 Dept. 3510 Woburn, MA, 01888 | | Services | | | | 47,334.00 |
| 17 Oracle America, Inc. 500 Oracle Parkway Redwood City, CA, 94065 | (800) 762-5524 | Services | | | | 46,352.63 |
| 18 D&I Tool 16343 Waverly Drive Houston, TX, 77032 | (281) 773-7030 david@di-tool.com | Suppliers or Vendors | | | | 44,329.00 |
| 19 A3D Manufacturing 15220 S. 50th St. Suite 105 Phoenix, AZ, 85044 | (480) 454-5037 michael@a3dmfg.com | Suppliers or Vendors | | | | 41,601.57 |
| 20 Fusion Firearms 200 Rich Street Venice, FL, 34292 | Tyler Serva (607) 221-7369 tsfusion@outlook.com | Suppliers or Vendors | | | | 41,231.20 |

**United States Bankruptcy Court**

IN RE:                                                              Case No._____

Watchtower Firearms, LLC
_____ Chapter ___11_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| WTF Resources, LLC 1229 Calle Del Sur 79912, El Paso, TX 79912 | 37.8 | Preferred stockholder |
| Jason Colosky 5 Windsor Ridge, Frisco, TX 75035 | 9.5 | Preferred stockholder |
| Jason Colosky 5 Windsor Ridge, Frisco, TX 75035 | 2.4 | Preferred stockholder |
| Function 1 Consulting Group 4003 Barco Ct., Spring, TX 77386 | 9.5 | Preferred stockholder |
| Ryan Holdings, LLC PO Box 803447, Dallas, TX 75380 | 4.7 | Preferred stockholder |
| JJ Dupont, LLC 2540 Hwy 384, Bell City, LA 70630 | 1.2 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                      Case No._____

Watchtower Firearms, LLC
_____ Chapter _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Colosky Enterprises<br>1414 Carnoustie Court, San Angelo, TX 76904 | 2.4 | Preferred stockholder |
| Independence LI, LLC<br>14114 N Dallas Parkway Suite 472, Dallas, TX 75254 | 2.4 | Preferred stockholder |
| Nash High Caliber LLC<br>P.O. Box 63, Mason, TX 76856 | 1.5 | Preferred stockholder |
| Restoration Capital LLC<br>42637 Bradfords Telegraph Ct, Chantilly, VA 20152 | 1.2 | Preferred stockholder |
| CougarAce Holdings, LLC<br>6713 Ranger Creek Road, Boerne, TX 78006 | 1.2 | Preferred stockholder |
| Field-Lahiri Properties, LP<br>11 Maple Loft Place, Spring, TX 77381 | 1.2 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                                 Case No._____

Watchtower Firearms, LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Catina Smart<br>30 Netherfield Way, Spring, TX 77382 | 1.2 | Preferred stockholder |
| The TLV 2021 Lifetime Revocable Trust<br>2 Hammock Dunes Place, Spring, TX 77389 | 1.2 | Preferred stockholder |
| WE Interests LLC<br>P.O. Box 388, 202 Spring Ho Avenue, Lampasas, TX 76550 | 1.2 | Preferred stockholder |
| Texas Ladybird Investments LLC<br>15979 Count Road 616, Farmersville, TX 75442 | 1.2 | Preferred stockholder |
| KLM Investment Trust<br>6 Windsor Ridge, Frisco, TX 75034 | .7 | Preferred stockholder |
| McKee Revocable Trust<br>11821 Doolin Court, Dallas, TX 75230 | .5 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Watchtower Firearms, LLC
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dr. Francisco Moreno 23920 Katy Freeway, Ste 310, Katy, TX 77494 | .9 | Preferred stockholder |
| Trenton Jay Davis 19204 Secretariat Place, Spicewood, TX 78669 | .7 | Preferred stockholder |
| TIJAKR Ventures, LLC 142 Gateway Park Place, Spring, TX 77380 | 1.2 | Preferred stockholder |
| Jason Colosky - Post Close 5 Windsor Ridge, Frisco, TX 75035 | 2.4 | Preferred stockholder |
| Equity Trust Company FBO Benoit Castel IRA 4 Portofino Drive, Ste 1207, Gulf Breeze, FL 32561 | 1.2 | Preferred stockholder |
| R Hyde Group, LLC 6 Shadywood Ln, Melissa, TX 75454 | .9 | Preferred stockholder |

**United States Bankruptcy Court**

**IN RE:**                                        Case No._____

Watchtower Firearms, LLC
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Sycamore BBL Investments LLC<br>23 Pitney Court, Basking Ridge, NJ 07920 | 1.2 | Preferred stockholder |
| R Hyde Group, LLC<br>6 Shadywood Ln, Melissa, TX 75454 | .6 | Preferred stockholder |
| JJ Dupont, LLC<br>2540 Hwy 384, Bell City, LA 70630 | 1.4 | Preferred stockholder |
| Jason Colosky - 2024<br>5 Windsor Ridge, Frisco, TX 75035 | 4.7 | Preferred stockholder |
| Casey Colosky - 2024<br>5 Windsor Ridge, Frisco, TX 75035 | 2.4 | Preferred stockholder |
| R Hyde Group, LLC<br>6 Shadywood Ln, Melissa, TX 75454 | 1.4 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Watchtower Firearms, LLC
_____  Chapter  _____ 11 _

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Jason Colosky<br>5 Windsor Ridge, Frisco, TX 75035 | 100 | Common stockholder |

United States Bankruptcy Court

Northern District of Texas

In re:  Watchtower Firearms, LLC

                                                                    Case No.

                                                                    Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____02/27/2025_____

/s/ Jason Colosky
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

2020 Exhibits, Inc.
10550 S. Sam Houston Pkwy W.
Houston, TX 77071


A-Dependable Logistics
11007 Northpointe Blvd Ste A
Tomball, TX 77375


A.J. Rod
P.O. BOX 40067
Houston, TX 77240


A3D Manufacturing
15220 S. 50th St. Suite 105
Phoenix, AZ 85044


Advanced Compressed Air Solutions
9421 FM 2920 RD BLDG 23
Tomball, TX 77375


AIM Capital Solutions
PO Box 95000


Airgas
P.O. BOX 734671
Dallas, TX 75373


ALG Defense
800 E. Walnut St.
North Wales, PA 19454


Angry Bear Arms
P.O. Box 1182
Salem, MO 65560


ARDENT FIRE EQUIPMENT & SAFETY SERVICES
P.O. BOX 9912
Spring, TX 77380


Armorlube
7620 N Hartman Ln #132
Tucson, AZ 85743


Arnolds Metal Finishing
520 CHESTNUT BUSINESS PARK DR
Tomball, TX 77375

B5 Systems
1463 Bellbrook Ave
Xenia, OH 45385


Ballistic Advantage, LLC
2550 Ocoee Apopka Rd Unit 100
Apopka, FL 32703


Bass Tools
2300 Fairway Park Dr.
Houston, TX 77092


Bates Wilder McGee, P.C.
26419 Oak Ridge Drive
Spring, TX 77380


BP Equipment Co.
805 Clear Creek Ave
League City, TX 77573


Breek Arms
200 E 1st Ave
Beaver Creek, MN 56116


BTX GLOBAL LOGISTICS
P.O. Box 853
Shelton, CT 06484


Buffalo Equipment
8681 Louetta Rd.
Suite 220
Spring, TX 77379


Buffalo Equipment, Inc.
8681 Louetta Road
Suite 220
Spring, TX 77379


Business Solution Partners LLC
185 Great Neck Rd, Suite 4L
Great Neck, NY 11021


C4 Industrial Inc.
15832 W. Hardy STE 670
Houston, TX 77060


Casey Colosky - 2024
5 Windsor Ridge
Frisco
TX 75035

Catina Smart
30 Netherfield Way
Spring
TX 77382


Check-Mate Manufacturing
370 Wyandanch Ave
West Babylon, NY 11704


Cheely Custom Gunworks
15785 Steger Industrial Dr.
Hudson, MI 49247


Colosky Enterprises
1414 Carnoustie Court
San Angelo
TX 76904


CougarAce Holdings, LLC
6713 Ranger Creek Road
Boerne
TX 78006


CREST ULTRASONICS CORPORATION
18 GRAPHICS DR.
Trenton, NJ 08618


Crossroads Steel Supply
336 West US HWY 30
Suite 201
Valparasio, IN 46385


Cutting Tools
5050 Ashley Ct.
Houston, TX 77041


D&I Tool
16343 Waverly Drive
Houston, TX 77032


DASAN USA/ALPHA FOXTROT
2400 Main Street NW
Duluth, GA 30097


DEFIANCE MACHINE
3881 Montana Highway 40 West
Columbia Falls, MT 59912

Department of Treasury
Alcohol and Tobacco Tax & Trade Bureau
550 Main Street, Suite 8002
Cincinnati, OH 45202-5215


DMG MORI
350 E DEVON AVE.
Itasca, IL 60143


Dr. Francisco Moreno
23920 Katy Freeway, Ste 310
Katy
TX 77494


Ellison Technologies
P.O. Box 201080
Dallas, TX 75320


Equity Trust Company FBO Benoit Castel IRA
4 Portofino Drive, Ste 1207
Gulf Breeze
FL 32561


Ervin Industries, Inc.
3893 Research Park Drive
Ann Arbor, MI 48106


EVOQUA WATER TECHNOLOGIES LLC
28563 NETWORK PLACE
Chicago, IL 60673


Faxon Firearms
4348 Le Saint Court
Fairfield, OH 45014


Field-Lahiri Properties, LP
11 Maple Loft Place
Spring
TX 77381


FisherBroyles, LLP
P.O. Box 735232
Dallas, TX 75373


FREEDOM FACTORY TACTICAL - MyToyz Enterprises
2014 Airport Road Bldg 200
Conroe, TX 77301

Function 1 Consulting Group
4003 Barco Ct.
Spring
TX 77386


Fusion Firearms
200 Rich Street
Venice, FL 34292


GENRG Power Solutions/Generators of Houston
PO Box 690469
Houston, TX 77269


Guntology
6501 Arena Blvd
Suite 103A
Laredo, TX 78041


Harris County Alarm Detail
9418 Jensen Dr., Suite A
Houston, TX 77093


Hartwig
10321 Regal Row
Houston, TX 77040


HIPERFIRE
4255 White Bear Pkwy Ste 1700
Saint Paul, MN 55110


Independence LI, LLC
14114 N Dallas Parkway Suite 472
Dallas
TX 75254


Jason Colosky
5 Windsor Ridge
Frisco, TX 75035


Jason Colosky
5 Windsor Ridge
Frisco
TX 75035


Jason Colosky - 2024
5 Windsor Ridge
Frisco
TX 75035

Jason Colosky - Post Close
5 Windsor Ridge
Frisco
TX 75035

JJ Dupont, LLC
2540 Hwy 384
Bell City
LA 70630

Kak Industry
2241 Celsius Ave., Unit C
Oxnard, CA 93030

KCP Advisory Group
700 Technology Park Dr Suite 212
Billerica, MA 01821

KLM Investment Trust
6 Windsor Ridge
Frisco
TX 75034

KME CNC Inc
17200 Red Hill Ave
Irvine, CA 92614

Leviathan Group LLC
2121 N. Monroe St. Unit 600
Monroe, MI 48162

Mass Finishing Inc
1060 Commerce Blvd.
Howard Lake, MN 55349

McKee Revocable Trust
11821 Doolin Court
Dallas
TX 75230

MCMASTER CARR
PO BOX 7690
Chicago, IL 60680

MDS Fulfillment Inc.
6555 West Mill Road
Milwaukee, WI 53218

Metal Supermarkets
15905 Morales Road, Suite L200
Houston, TX 77032


MJD Solutions
502 Big Indian Loop
Mooresville, NC 28117


MSC Direct
PO BOX 953635
Saint Louis, MO 63195


Nash High Caliber LLC
P.O. Box 63
Mason
TX 76856


National Shooting Sports Foundation
PO BOX 4110
Dept. 3510
Woburn, MA 01888


Nexus Disposal, LLC
6131 Thomas Rd.
Houston, TX 77041


NITRETEX
P.O. BOX 26
New Ulm, TX 78950


Norma
200 Blue Moon Crossing Suite 100
Pooler, GA 31322


Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065


Orchid
PO Box 270862
W Hartford, CT 06127


P6 Products
150 Sandy Beach Ln
McDaniels, KY 40152


PFT Texas LLC
4003 Barco Ct.
Spring, TX 77388

Pierson Ferdinand LLP
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155


Protolabs
5540 Pioneer Creek Dr.
Maple Plain, MN 55359


R Hyde Group, LLC
6 Shadywood Ln
Melissa
TX 75454


Rainier Arms
2504 Auburn Way N.
Auburn, WA 98002


Red Dirt
1137 CR 238
Nacadoches, TX 75961


Restoration Capital LLC
42637 Bradfords Telegraph Ct
Chantilly
VA 20152


RMP Industrial Supply Inc.
3209 Stuart Dr
Fort Worth, TX 76110


Royal Case Company
419 E. Lamar Street
Sherman, TX 75090


Ryan Holdings, LLC
PO Box 803447
Dallas
TX 75380


Safety Kleen Systems Inc
PO BOX 975201
Dallas, TX 75397


Sanberg Investments
21019 Spring Towne Drive
Spring, TX 77388


SB Tactical LLC
3145 Lakewood Ranch Blvd Suite 111
Memphis, FL 34211

Shooting Innovations LLC
601 S Pioneer Way Ste. F #230
Moses Lake, WA 98837


SolidCAM Inc.
1631 Rock Springs Road Ste 320
Apopka, FL 32712


Superlative Arms, LLC
6612 Osteen Rd., Unit 338
New Port Richey, FL 34653


SURFACE PREPARATION
PO Box 713129
Chicago, IL 60677


Sycamore BBL Investments LLC
23 Pitney Court
Basking Ridge
NJ 07920


Tanury Industries Performance Coatings
6 New England Way
Lincoln, RI 02865


Taran Tactical Innovations
98 W. Cochran Street
Simi Valley, CA 93065


Tax Agency TX
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774


Texas Capital Bank
c/o Pragnesh Mistry
2000 McKinney Ave., Suite 700
Dallas, TX 75201


Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774


Texas Ladybird Investments LLC
15979 Count Road 616
Farmersville
TX 75442

The TLV 2021 Lifetime Revocable Trust
2 Hammock Dunes Place
Spring
TX 77389


ThinOps Services
9450 Pinecroft Ave.
Suite 9545
The Woodlands, TX 77387


TIJAKR Ventures, LLC
142 Gateway Park Place
Spring
TX 77380


TJ Advisors
16200 Addison Road, Suite 200
Addison, TX 75001


Trenton Jay Davis
19204 Secretariat Place
Spicewood
TX 78669


TRIDENT METALS
PO Box 846196
Dallas, TX 75284


Uline
PO Box 88741
Chicago, IL 60680


United Protective Technologies
PO Box 1149
Locust, NC 28097


Vaportech
PO Box 932614
Atlanta, GA 31193


Vetro Pictures
15799 Spectrum Drive
Addison, TX 75001


WE Interests LLC
P.O. Box 388, 202 Spring Ho Avenue
Lampasas
TX 76550

WTF Resources
1229 Calle Del Sur
El Paso, TX 75035


WTF Resources, LLC
1229 Calle Del Sur
79912
El Paso
TX 79912