H. Joseph Acosta,
SBN 24006731
**CONDON TOBIN**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3852
Facsimile: (214) 691-6311

**ATTORNEYS FOR DEBTOR AND
DEBTOR IN POSSESSION**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 25-40684-MXM-11** |
| **WATCHTOWER FIREARMS, LLC,[1]** | § | |
| | § | **CHAPTER 11 CASE** |
| Debtor. | § | |
| | § | |

**NOTICE OF HEARING**

  **PLEASE TAKE NOTICE** that a hearing on the Debtor's Motion to Extend the Exclusive Periods to file a Plan and Solicit Acceptance Thereof [Dkt. 227], filed by Debtor Watchtower Firearms, LLC (the "**Debtor**"), is scheduled for **June 24, 2025 at 2:30 p.m**. (the "**Hearing**"), before the Honorable Mark X. Mullin. Any objections to the Exclusivity Motion should be filed before such date.

  **PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in person and Webex video conference. The dial-in information to participate in the Hearing is as follows:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin
Meeting Number: 2310-650-8783

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

For further instructions on how to participate in the Hearing, please see the attached instructions

---

[1]   The Debtor's federal identification number is: 88-1830032.

# SERVICE LIST

| | | |
|---|---|---|
| Susan Hersh<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>*U.S. Trustee* | Department of Treasury<br>Alcohol and Tobacco Tax & Trade Bureau<br>550 Main Street, Suite 8002<br>Cincinnati, OH 45202-5215 | Office of Attorney General<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, N.W.<br>Washington, D.C. 20530 |
| Texas Attorney General's Office<br>Bankruptcy & Collection Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | 2020 Exhibits, Inc.<br>10550 S. Sam Houston Pkwy W.<br>Houston, TX 77071 | Royal Case Company<br>419 E. Lamar Street<br>Sherman, TX 75090 |
| Steve J. Mitby<br>Michael Barnhart<br>Mitby Pacholder Johnson PLLC<br>1001 McKinney Street, Suite 925<br>Houston, Texas 77002 | ThinOps Services<br>9450 Pinecroft Ave.<br>Suite 9545<br>The Woodlands, TX 77387 | Check-Mate Manufacturing<br>370 Wyandanch Ave<br>West Babylon, NY 11704 |
| Dasan USA/Alpha Foxtrot<br>2400 Main Street NW<br>Duluth, GA 30097 | MJD Solutions<br>502 Big Indian Loop<br>Mooresville, NC 28117 | United Protective Technologies<br>PO Box 1149<br>Locust, NC 28097 |
| Faxon Firearms<br>4348 Le Saint Court<br>Fairfield, OH 45014 | Angry Bear Arms<br>3537 Hwy 32 East<br>Salem, MO 65560 | Pierson Ferdinand LLP<br>14800 Frye Road, 2nd Floor<br>Fort Worth, TX 76155 |
| FisherBroyles, LLP<br>P.O. Box 735232<br>Dallas, TX 75373 | Cutting Tools<br>5050 Ashley Ct.<br>Houston, TX 77041 | Safety Kleen Systems Inc<br>PO BOX 975201<br>Dallas, TX 75397 |
| Vaportech<br>PO Box 932614<br>Atlanta, GA 31193 | National Shooting Sports Foundation<br>PO BOX 4110<br>Dept. 3510<br>Woburn, MA 01888 | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood City, CA 94065 |
| D&I Tool<br>16343 Waverly Drive<br>Houston, TX 77032 | Internal Revenue Service<br>Special Procedure-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | A3D Manufacturing<br>15220 S. 50th St. Suite 105<br>Phoenix, AZ 85044 |
| Fusion Firearms<br>200 Rich Street<br>Venice, FL 34292 | Office of the United States Attorney<br>3rd Floor, 1100 Commerce Street<br>Dallas, TX 75242-1699 | Texas Capital Bank<br>c/o Pragnesh Mistry<br>2000 McKinney Ave., Suite 700<br>Dallas, TX 75201 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Division-Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | Texas Commission on Environmental Quality<br>Attn: Bankruptcy Program<br>P.O. Box 13087<br>MC132<br>Austin, TX 78711-3087 |

| | | |
|---|---|---|
| Kyle L. Dickson<br>Murray Lobb, P.L.L.C.<br>2200 Space Park Drive, Ste. 350<br>Houston, TX 77058 | Melissa E. Valdez<br>Perdue, Brandon, Fielder, Collins & Mott LLP<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Tara Grundemeier<br>Linebarger Grogan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Shawn M. Christianson<br>Buchalter, A Professional Corp.<br>425 Market Street, Ste. 2900<br>San Francisco, CA 94105-3493 | Trinitee G. Green<br>Polsinelli PC<br>2950 N. Harwood St., Ste. 2100<br>Dallas, TX 75201 | Heather Jobe<br>Troy Hales<br>Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Ste. 1900<br>Dallas, TX 75201 |
| Marcus Helt<br>Eric C. Seitz<br>McDermott Will & Emery LLP<br>2501 North Harwood, Suite 1900<br>Dallas, TX 75201-1664 | Mark Castillo<br>Robert Rowe<br>Carrington Coleman<br>901 Main Street, Ste 5500<br>Dallas, TX 75202 | Buffy E. Klein<br>Husch Blackwell, LLP<br>1900 N. Pearl Street, Ste. 1800<br>Dallas, TX 75201 |
| | Sandberg Investments<br>21019 Spring Towne Drive<br>Spring, TX 77388 | KLM Investment Trust<br>11821 Doolin Ct.<br>Dallas, TX 75230 |

issued by the Court.

                        Respectfully submitted,

                        **CONDON TOBIN**

                        By: ___*/s/ H. Joseph Acosta*___
                              H. Joseph Acosta
                              SBN 24006731
                              8080 Park Lane, Suite 700
                              Dallas, Texas 75231
                              Tel: 214-265-3852
                              Fax: 214-265-3800
                              jacosta@condontobin.com

                        **Counsel for the Debtor
                        and Debtor in Possession**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 19, 2025, the foregoing Notice of Hearing was served via email through the Courts EM/ECF system on all parties entitled to such notice, and via U.S. First Class Mail on the Parties on the attached service list.

                              ___*/S/ H.Joseph Acosta*___
                                H. Joseph Acosta

# WebEx Hearing Instructions
## Judge Mark X. Mullin

Pursuant to <u>General Order 2021-06,</u> subject to the discretion of the presiding judge of a particular case or proceeding to order otherwise, all hearings before the Court are currently being conducted in one of the following three ways depending upon the nature of the proceeding: (1) in a remote only mode (by video or telephone via the Court's WebEx platform); (2) in an in-person only mode (before the Court in the courtroom); or (3) in a hybrid mode (enabling participants to choose between appearing in person or remotely).

### **IMPORTANT NOTICE**

For all cases and proceedings assigned to Judge Mullin, **Judge Mullin has determined to permit both in person and remote attendance at all hearings** (*i.e.*, all such hearings will be conducted in a hybrid mode instead of a remote only or in-person only mode), provided that Judge Mullin may order otherwise with respect to any particular hearing or proceeding in his discretion or for cause shown.

Additionally, for all <u>adversary proceedings</u> assigned to Judge Mullin, **Judge Mullin has determined to permit both in person and remote attendance at all adversary proceeding hearings** notwithstanding the designation of all adversary proceeding hearings (whether evidentiary or non-evidentiary) as in-person only hearings under General Order 2021-06 (*i.e.*, all such adversary proceeding hearings will be conducted in a hybrid mode instead of an in-person only mode), provided that Judge Mullin may order otherwise with respect to any particular hearing in his discretion or for cause shown.

### **WEBEX HEARING INSTRUCTIONS**

**The following instructions apply to remote attendance at hybrid mode hearings**.

**General Information**:

Subject to compliance with the procedures and requirements set forth herein, counsel and other parties in interest are permitted to attend and participate in hybrid hearings by remote means (*i.e.*, by WebEx videoconference or telephonic conference) without first obtaining permission of the Court to do so. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

**Participation/Attendance Requirements Applicable to All Remote Attendees:**

- Requirements as to attendance by videoconference or telephonic conference:

    (1) For those who intend to question any witness(es) or seek the admission of any document(s) in evidence, such individuals must attend in a videoconference mode (as opposed to a telephonic conference mode).

    (2) For those who do <u>not</u> intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to <u>actively participate</u> in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode.

    (3) All others may attend in either a videoconference or telephonic conference mode.

- Remote attendees should join the WebEx hearing <u>at least 10 minutes prior</u> to the hearing start time. Please be advised that a hearing may already be in progress. <u>During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing</u>. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see [Clerk's Notice 20-04](#).

**Remote Witness Testimony**:

Witnesses are permitted to testify in-person or by remote means unless ordered otherwise by the Court.

Where remote testimony is permitted, witness testimony <u>must</u> be provided with the WebEx video function activated. Witnesses may <u>not</u> provide testimony by telephone alone unless the Court finds cause to waive the prohibition (only in rare circumstances).

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at a hybrid mode hearing <u>must</u> file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a <u>separate, individual attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- For any witness that is to be called to testify remotely, the party calling the witness must, in advance of the hearing, supply to the witness (or counsel for the witness, as appropriate) with paper copies of all designated exhibits for the hearing.

**Notice of Hearing Content and Filing Requirements for Hybrid Mode Hearings:**

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted both in person and by WebEx means, (2) provide notice of the above WebEx video link and telephone dial-in and meeting ID, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained at the following address: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "<u>Fort Worth, Judge Mullin's Ctrm</u>" or "<u>athttps://us-courts.webex.com/meet/mullin</u>" as the location for the hearing. Do <u style="color:red">NOT</u> select "VIDEO CONFERENCE" link as the location for the hearing.

# <span style="color:red">Disclaimer</span>:

The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. For hybrid hearings, those who elect to participate in the hearing by remote means do so at their own risk, understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.